UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew Sklar, Esquire (AS3105)
Sklar Law, LLC
1200 Laurel Oak Rd., Suite 102
Voorhees, New Jersey 08043
(856) 258-4050
Attorney for Chapter 7 Trustee

In Re:

Cary Smith

BARRY SHARER, TRUSTEE
Plaintiff

v.

DONALD POPOWSKI, individually and d/b/a JNC ENVIROMENTAL SERVICES
Defendant

Order Filed on April 25, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-34878 (GMC)

Adv. No.: 15-2007 (GMC)

Hearing Date:

Judge: CHRISTINE M. GRAVELLE

## WARRANT FOR ARREST

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: April 25, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

TO:  UNITED STATES MARSHALL SERVICE

You are hereby commanded to Arrest **DONALD POPOWSKI,** at the address of 102 Deerwood Drive, Hamilton, NJ 08619 for Arrest between the hours of 8:30 am and 4:00 pm on the day when the court is in session, and bring him forthwith before the Honorable Christine M. Gravelle, United States Bankruptcy Judge to await the further order of the Court in this matter.