UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Cary Smith

Debtor

**Order Filed on December 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Barry R Sharer vs. Donald Popowski

Case No.: 15-02007-CMG

Hearing Date: 1/2/18

Judge: Hon. Christine M. Gravelle, U.S.B.J.

ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 4, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor:   Cary Smith

Case No:   15-2007 CMG

Caption of Order:   Order to Show Cause

The following order is hereby entered:

This matter being opened to the court sua sponte and

**IT IS HEREBY ORDERED** that Donald Popowski show cause before this court on January 4, 201: at 10:00am

or as soon thereafter as counsel may be heard in Courtroom #3, Second Floor of the Clarkson S. Fisher United States Courthouse, 402 East State Street, Trenton, NJ  08608 why the court should not issue an arrest warrant to Donald Popowski for imposing sanctions for failure to comply with the Order Enforcing Lillian's Rights.